■ In the Matter of WILLIAM N. MAIRS, JR., Admitted as WILLIAM NORTON MAIRS, JR.—Motion granted and the name of respondent is restored to the roll of attorneys and counselors-at-law and he is reinstated as a member of the Bar and admitted to practice in all the courts of this State, effective March 24, 1988. Concur—Murphy, P. J., Kupferman, Sandler, Milonas and Ellerin, JJ.